IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOE MACK BROWN,

        Petitioner,

   v.

JEAN HILL,

        Respondent.

Civil No. 03-202-CO

ORDER

Magistrate Judge John P. Cooney filed his Findings and Recommendation on April 25, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1   - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Petitioner's motion for voluntary dismissal of petition for writ of habeas corpus (#46) is granted, without prejudice, and without fees and costs.

IT IS SO ORDERED.

DATED this 24th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE